IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | Criminal No. 1:12CR182 |
| ) | |
| HENOCK S. GHILE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the Government's Motion For Reduction Of Sentence pursuant to Fed. R. Crim. P. 35(b). It is hereby

ORDERED that the Government's Motion is GRANTED and the Defendant's sentence is reduced from one hundred and twenty (120) months heretofore imposed to thirty-six (36) months.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
October 18, 2013